DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE V. JARMAN

No. 257 PC

Case below: 46 NC App 837

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

STATE v. JOHNSON

No. 322 PC

Case below: 47 NC App 297

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. LOGUE

No. 349 PC

Case below: 47 NC App 585

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

STATE v. McCASKILL

No. 355 PC

Case below: 47 NC App 289

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. McGEE

No. 318 PC

Case below: 47 NC App 280

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.